IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| VIOLETA G SILVA MERCER, | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | NO.  9:25-CV-00299-MJT-ZJH |
| v. | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| ONE FLORAL, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

On November 3, 2025, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pre-trial management.  Pending before the Court is Defendant One Floral's *Motion to Dismiss for Plaintiff's Failure to State a Claim* [Dkt. 9].  On February 12, 2026, Judge Hawthorn ordered *pro se* Plaintiff Violeta Mercer to file a response.  Dkt. 11.  Following Mercer's *Response* [Dkt. 12], Judge Hawthorn issued a *Report and Recommendation* [Dkt. 13], which recommended denying One Floral's motion because they did not consider Mercer's *Supplement in Support* [Dkt. 8].[1]

On April 24, 2026, Mercer filed an *Objection* [Dkt. 14] to Judge Hawthorn's *Report and Recommendation* [Dkt. 13].  A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects.  28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3).  The court has reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 13]

---

[1] Mercer's *Supplement in Support* [Dkt. 8] contains additional factual allegations and expands the nature of Mercer's claims, which One Floral did not address in its motion.

and has considered Mercer's *Objection* [Dkt. 14].  Mercer's *Objection* does not identify any error in the report's conclusion that the *Motion to Dismiss* [Dkt. 9] should be denied.  Dkt. 14.  Liberally construing the *pro se* filing, the Court concludes that the objection does not undermine the analysis in Judge Hawthorn's *Report and Recommendation* [Dkt. 13].  The court holds that Judge Hawthorn's findings and conclusions of law are correct, and that Mercer's objections are without merit.

It is therefore ORDERED that Mercer's *Objections* [Dkt. 14] are OVERRULED.  It is further ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 13] is ADOPTED.

**SIGNED this 30th day of April, 2026.**

Michael J. Truncale
United States District Judge

2